James **WRIGHT**, also known as
James Luna, Appellant,

v.

**COMMONWEALTH** of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 31, 1974.

Rehearing Denied Sept. 13, 1974.

A. M. Wilhoit, Public Defender, Frankfort, Joseph S. Freeland, Paducah, for appellant.

Ed W. Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

Chris G. **GASTINGER**, Appellant,

v.

James C. **PAYNE**, Appellee.

Court of Appeals of Kentucky.

June 14, 1974.

Rehearing Denied Sept. 13, 1974.

Wayne J. Carroll, Ewen, MacKenzie & Peden, Louisville, for appellant.

Larry B. Franklin, Louisville, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

**CITY OF LEXINGTON**, Kentucky, a Municipal Corporation, Appellant,

v.

**HOWARD K. BELL CONSULTING ENGINEERS, INC.**, et al., Appellees.

Court of Appeals of Kentucky.

July 12, 1974.

Charles W. Rolph, Lexington, for appellant.

Weldon Shouse, McDonald, Alford & Roszell, Lexington, for appellees.

Memorandum Opinion by Justice PALMORE, AFFIRMING.*

* Opinion ordered not to be published.